IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS TORRES RAMIREZ,

Plaintiff,

v.

TAYLOR ALISON SWIFT, et al.,

Defendants.

Case No. 24-cv-05974-CRB

**ORDER ADOPTING REPORT & RECOMMENDATION**

Plaintiff Elias Ramirez alleges that he is married to pop music icon Taylor Swift. He contends that Swift and other individuals, such as football player Travis Kelce, have violated his and Swift's "Sacred Relationship." See Compl. (dkt. 1)  He seeks "immediate reunification" with Swift, that "certain [individuals] be put to death," and control of Swift's assets. Id. at 3–4, 8.

Magistrate Judge Sallie Kim recommended that Ramirez's Complaint be dismissed for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). R&R (dkt. 15) at 2; see also Omar v. Sea-Land Serv., Inc., 813 F.2d 986, 991 (9th Cir. 1987); Neitzke v. Williams, 490 U.S. 319, 327 (1989).  Ramirez did not object to the recommendation.  The Court has reviewed his Complaint and adopts Judge Kim's R&R in its entirety.  And though this is Ramirez's first complaint in this action, he has filed several nearly identical cases against Swift that have been dismissed. See Ramirez v. Swift, No. 23-cv-3826-AMO (N.D. Cal. filed Jul. 31, 2023); Ramirez v. Swift, No. 24-cv-2874-CRB (N.D. Cal. filed May 13, 2024); Ramirez v. Val, No. 24-cv-3190-VC (N.D. Cal. May 28, 2024).  So the Court does not grant leave to amend.

This action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: December 30, 2024



CHARLES R. BREYER
United States District Judge